# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CYNTHIA PERRY,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) CASE NO.: 1:21-cv-00002-JB-C ) ) |
| **CASH APP CORPORATION and CHIME FINANCIAL, LLC,** | ) ) ) |
| **Defendants.** | ) ) ) |

## NOTICE TO COURT

Comes now Defendant Square, Inc. (incorrectly identified in Plaintiff's Complaint as Cash App Corporation), and provides notice that all claims against all Defendants have been resolved, that Plaintiff has executed a settlement agreement evidencing the resolution of this matter, and that this action is due to be dismissed with prejudice.

*/s/ J. Walton Jackson*
J. Walton Jackson            (JACKJ1045)
*wjackson@maynardcooper.com*

Attorney for Defendant, Square, Inc.,

OF COUNSEL:
MAYNARD, COOPER & GALE, P.C.
RSA Battle House Tower
11 North Water Street, Suite 24290
Mobile, Alabama  36602
(t) 251.432.0001
(f) 251.432.0007

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I have on this 29th day of March, 2021, filed the foregoing with the Clerk of the Court via the CM/ECF Filing System, and will serve a copy on Plaintiff via United States Mail, first-class postage prepaid, as follows:

Cynthia Perry
2104 Wolf Ridge Road
Apartment 4
Whistler, Alabama  36612

                                       */s/ J. Walton Jackson*