IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CYNTHIA PERRY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | )   CIVIL ACTION NO. 1:21-00002-JB-C |
| **CASH APP CORPORATION, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### ORDER

This matter is before the Court on the "Notice to Court" filed by Defendant Square, Inc. (Doc. 8). Neither Plaintiff nor named Defendant Chime Financial, LLC, both of whom are *pro se*, made or joined the Notice. In the Notice, Defendant Square, Inc. advises "all claims against all Defendants have been resolved." (*Id.*).

Based on the foregoing, the Court hereby **ORDERS** that all claims in the above-styled action are hereby **DISMISSED with prejudice** from the active docket of this Court, subject to the right of any party to move to reinstate this action within **twenty (20) days** from the date of entry of this Order should the settlement agreement not be consummated. As such, all other pending deadlines are **CANCELED**.

No further order shall be forthcoming from the Court except upon motion by a party for entry of a final judgment as prescribed by Federal Rule of Civil Procedure 58. The parties shall bear their own costs, expenses, and attorneys' fees in accordance with the terms of the

settlement agreement.

      **DONE and ORDERED** this 2nd day of April 2021.

/s/ JEFFREY U. BEAVERSTOCK  
UNITED STATES DISTRICT JUDGE
