IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**CYNTHIA PERRY,**

        Plaintiff,

V.                        No. 21-CV-02-JB

**CASH APP CORPORATION,**
**SQUARE INC**
**CHIME FINANCIAL LLC,**

        Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO CHIME FINANCIAL LLC ONLY

    Comes plaintiff CYNTHIA PERRY, by and through herself pursuant to all the applicable rules of Federal Civil Proc., voluntarily dismissing or otherwise withdrawing her complaint as to Defendant Chime Financial Only.

Dated: 4-21-2021                *Cynthia Perry*
                                    Cynthia Perry, Plaintiff In Pro Se
                                    2104 Wolf Ridge Road
                                    Apt. #4
                                    Whistler, Alabama 36612

FILED APR 21 '21 AM 11:53 USDCALS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CYNTHIA PERRY,

          Plaintiff,

V.                                No. 21-CV-02-JB

CASH APP CORPORATION,
SQUARE INC
CHIME FINANCIAL LLC,

          Defendants.
_____/

## CERTIFICATE OF SERVICE

**I CYNTHIA PERRY**, hereby certifies that on the 21st day of *April of 2021*, either mailed or caused to be mailed or transmitted via email, to Defendant Chime Financial LLC, with postage fully prepaid thereon to the address on file and currently by this court and Defendant Chime.

Dated: 4-21-2021

Cynthia Perry, Plaintiff In Pro Se
2104 Wolf Ridge Road
Apt. #4
Whistler, Alabama
(251) 635-8056