# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CYNTHIA PERRY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:21-00002-JB-C |
| | ) |
| **CASH APP CORPORATION, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

This matter is before the Court on Plaintiff's Objection to Order of Dismissal as to Cash App Corporation. (Doc. 10). Defendant Cash App Corporation is ordered to file a response not later than May 3, 2021.

**DONE and ORDERED** this 26th day of April, 2021.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE