# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **CYNTHIA PERRY,** )<br>)<br>  **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**CASH APP CORPORATION and** )<br>**CHIME FINANCIAL, LLC,** )<br>)<br>  **Defendants.** )<br>) | **CASE NO.: 1:21-cv-00002-JB-C** |

## NOTICE OF APPEARANCE

COMES NOW Evan N. Parrott and files this as notice of his appearance as additional counsel for Defendant Square, Inc.[1]

Respectfully submitted this 3rd day of May, 2021.

/s/ Evan N. Parrott
J. Walton Jackson (JACKJ1045)
Evan N. Parrott (ASB-1950O65A)
wjackson@maynardcooper.com
eparrott@maynardcooper.com

Counsel for Defendant, Square, Inc.,

OF COUNSEL:
MAYNARD, COOPER & GALE, P.C.
RSA Battle House Tower
11 North Water Street, Suite 24290
Mobile, Alabama  36602
(t) 251.432.0001
(f) 251.432.00

---

[1] Square is incorrectly identified in the *Civil Complaint* (Doc. 1, PageID.1-10) filed by Plaintiff Cynthia Perry as "Cash App Corporation."

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 3rd day of May, 2021, filed the foregoing with the Clerk of the Court via the CM/ECF Filing System, and will serve a copy on Plaintiff via United States Mail, first-class postage prepaid, as follows:

Cynthia Perry
2104 Wolf Ridge Road
Apartment 4
Whistler, Alabama  36612

*/s/ Evan N. Parrott* _____