I IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CYNTHIA PERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO.: 1:21-cv-00002-JB-C |
| v. ) | |
| ) | |
| CASH APP CORPORATION and ) | |
| CHIME FINANCIAL, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER GRANTING MOTION TO FILE UNDER SEAL

Before the Court is the *Motion to File Under Seal* (the "Motion to File Under Seal") filed by Defendant Square, Inc. ("Square") requesting to file under seal *Defendant Square, Inc.'s Response in Opposition to Plaintiff's Objection to Order of Dismissal as to Cash App Corporation* (the "Response"). Premises considered, the Court finds that the Motion to File Under Seal is well taken and is due to be granted for the reasons stated in the Motion to File Under Seal.

Therefore, it is **ORDERED, ADJUDGED,** and **DECREED** that the Clerk of Court shall maintain under seal Square's Response and the exhibit attached thereto.

Done this \_\_\_\_ day of _____ 2021.

/s/_____
**UNITED STATES DISTRICT JUDGE**