### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **CYNTHIA PERRY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 1:21-00002-JB-C |
| | ) |
| **CASH APP CORPORATION, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### ORDER

The Court sets Plaintiff's Objection to Order of Dismissal (Doc. 10) for hearing before District Judge Jeffrey U. Beaverstock in US Courthouse, Courtroom 4A, 155 St. Joseph Street, Mobile, AL on **May 26, 2021 at 2:30 p.m. (CST).**

The Clerk is directed to send notice by certified mail to the Plaintiff, Cynthia Perry.

**DONE and ORDERED** this 13th day of May, 2021.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE