U. S. District Court
155 SAINT JOSEPH ST
MOBILE AL 36602



USPS CERTIFIED MAIL

9214 8901 9403 8339 9012 78

CYNTHIA PERRY
APT 4
2104 WOLF RIDGE RD
WHISTLER AL 36612-1654

21-2 doc. 17