CLOSED2021

# U.S. District Court
# SOUTHERN DISTRICT OF ALABAMA (Mobile)
# CIVIL DOCKET FOR CASE #: 1:21-cv-00002-JB-C
# Internal Use Only

Perry et al v. Cash App Corporation  
Assigned to: District Judge Jeffrey U. Beaverstock  
Referred to: Magistrate Judge William E. Cassady  
Cause: 28:1331 Fed. Question  

Date Filed: 01/04/2021  
Date Terminated: 04/02/2021  
Jury Demand: Plaintiff  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Federal Question  

**Plaintiff**

**Cynthia Perry**     represented by **Cynthia Perry**  
2104 Wolf Ridge Road  
Apt. 4  
Whistler, AL 36612  
251-635-8056  
Email:  
PRO SE  

V.

**Defendant**

**Cash App Corporation**     represented by **J. Walton Jackson**  
Maynard Cooper & Gale, PC  
RSA Battle House Tower  
11 North Water Street, Suite 24290  
Mobile, AL 36602  
2514320001  
Fax: 2514320007  
Email: wjackson@maynardcooper.com  
Email:  
wjackson@maynardcooper.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Bar Status: Active*  

**Evan Nicholas Parrott**  
Maynard Cooper & Gale, PC  
11 N. Water Street  
Suite 24290  
Mobile, AL 36602  
251-432-0001  
Fax: 251-432-0007

|   |   |
|---|---|
|   | Email: eparrott@maynardcooper.com<br>Email:<br>eparrott@maynardcooper.com<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active* |

**Defendant**

| | | |
|---|---|---|
| **Chime Financial, LLC** | represented by | **Chime Financial, LLC**<br>Email:<br>*PRO SE* |

<Email All Attorneys>
<Email All Attorneys and Additional Recipients>

| Date Filed | # | Docket Text |
|---|---|---|
| 01/04/2021 | 1 | COMPLAINT against Cash App Corporation, Chime Financial, LLC, filed by Cynthia Perry. 90 day Rule 4m deadline set for 4/5/2021. (cmj) (Entered: 01/05/2021) |
| 01/04/2021 | 2 | MOTION for Leave to Proceed in forma pauperis filed by Cynthia Perry. Referred to Judge William E. Cassady. (cmj) (Entered: 01/05/2021) |
| 01/06/2021 | 3 | Order re: 2 MOTION for Leave to Proceed in forma pauperis filed by Cynthia Perry, 1 Complaint filed by Cynthia Perry, ( Telephone Conference set for 1/12/2021 02:00 PMbefore Magistrate Judge William E. Cassady.) To access the conference, use the following numbers: CALL IN 877-873-8018 ACCESS CODE 3291819. Signed by Magistrate Judge William E. Cassady on 1/6/2021. (eec) Copy mailed to Plaintiff (Entered: 01/06/2021) |
| 01/12/2021 |   | Minute Entry for proceedings held before Magistrate Judge P. Bradley Murray: Telephone Conference held on 1/12/2021. (Digital Court Recording; Courtroom 3A) (eec) (Entered: 01/12/2021) |
| 01/12/2021 | 🔒 4 | (Court only) 🔊 RESTRICTED AUDIO FILE (32.6 MB) regarding Telephone Conference held on 01/12/2021 at 2:00 p.m. before Magistrate Judge William E. Cassady. 33:57 mins. (eec) (Entered: 01/12/2021) |
| 01/26/2021 | 5 | ORDER granting 2 Motion for Leave to Proceed in forma pauperis. Clerk is directed to serve via notice of lawsuit and request for waiver. Signed by Magistrate Judge William E. Cassady on 1/25/21. (order and Pro Se Litigant Handbook mailed to plaintiff) (cmj) (Entered: 01/26/2021) |
| 01/26/2021 | 6 | REQUEST FOR WAIVER of Service sent to Cash App Corporation and Chime Financial, LLC. Waiver of Service due by 2/25/2021. (Attachments: # 1 Request for Waiver) (cmj) (Additional attachment(s) added on 1/26/2021: # 2 Cert Mail |

| Date | Doc # | Description |
|---|---|---|
| | | Receipts) (srd). (Entered: 01/26/2021) |
| 02/23/2021 | 7 | WAIVER OF SERVICE Returned Executed by Cash App Corporation. Cash App Corporation waiver sent on 1/26/2021, answer due 3/29/2021. (cmj) (Entered: 02/23/2021) |
| 02/24/2021 | 🔒 | (Court only) ***Staff notes-copy of executed waiver mailed to Plaintiff (cmj) (Entered: 02/24/2021) |
| 03/29/2021 | 8 | NOTICE by Cash App Corporation *Notice to Court* (Jackson, J.) (Entered: 03/29/2021) |
| 03/30/2021 | | REFERRAL OF 8 Notice Settlement to Judge Beaverstock. (cmj) (Entered: 03/30/2021) |
| 04/02/2021 | 9 | Order entered that this action is DISMISSED WITH PREJUDICE subject to the right of either party to reinstate the action within 20 days should the settlement not be consummated.. Signed by District Judge Jeffrey U. Beaverstock on 4/2/21. (copy to plaintiffs) (cmj) (Entered: 04/02/2021) |
| 04/21/2021 | 10 | Objection re: 9 Order to Dismiss on Settlement, filed by Cynthia Perry; ref to Judge Beaverstock. (cmj) (Entered: 04/22/2021) |
| 04/22/2021 | 11 | NOTICE of Voluntary Dismissal as to Chime Financial LLC only by Cynthia Perry; ref to Judge Beaverstock (cmj) (Entered: 04/22/2021) |
| 04/26/2021 | 12 | Order re: 10 Objection to Order of Dismissal as to Cash App Corporation filed by Cynthia Perry. (Defendant's Responses due by 5/3/2021). Signed by District Judge Jeffrey U. Beaverstock on 5/3/21. (copy mailed to plaintiff) (cmj) (Entered: 04/26/2021) |
| 05/03/2021 | 13 | NOTICE of Appearance by Evan Nicholas Parrott on behalf of Cash App Corporation (Parrott, Evan) (Entered: 05/03/2021) |
| 05/03/2021 | 14 | MOTION for leave to Seal Document filed by Cash App Corporation. (Attachments: # 1 Text of Proposed Order) (Jackson, J.) (Entered: 05/03/2021) |
| 05/03/2021 | 15 🔒 | *SEALED* SEALED MOTION *Response in Opposition to Plaintiff's Objection to Order of Dismissal as to Cash App Corporation* filed by Cash App Corporation. (Attachments: # 1 Exhibit A) (Jackson, J.) (Entered: 05/03/2021) |
| 05/04/2021 | 16 | ENDORSED ORDER granting 14 MOTION for leave to Seal Document. Signed by District Judge Jeffrey U. Beaverstock on 05/04/2021. (jil) (Entered: 05/04/2021) |
| 05/13/2021 | 17 | Order setting hearing re: 10 Objection to Order of Dismissal filed by Cynthia Perry. ( Miscellaneous Hearing set for 5/26/2021 02:30 PM in US Courthouse, Courtroom 4A, 155 St. Joseph Street, Mobile, AL 36602 District Judge Jeffrey U. Beaverstock.) Signed by District Judge Jeffrey U. Beaverstock |

|  |  |  | on 5/13/21. (copy mailed to plaintiff regular mail and certified mail) (cmj) (Additional attachment(s) added on 5/13/2021: # 1 certified mail receipt) (cmj). (Entered: 05/13/2021) |
|---|---|---|---|