**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **CYNTHIA PERRY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) **CIVIL ACTION NO. 1:21-00002-JB-C** |
| | ) |
| **CASH APP CORPORATION, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

This matter is before the Court on Plaintiff's Objection to Order of Dismissal. (Doc. 10). For the reasons stated herein, Plaintiff's Objection is overruled.

On March 29, 2021, Defendant Square, Inc. ("Defendant") filed a Notice that "all claims against all Defendants have been resolved, that Plaintiff has executed a settlement agreement evidencing the resolution of this matter, and that this action is due to be dismissed with prejudice." (Doc. 8). Plaintiff is *pro se* and did not sign the Notice. The Court therefore entered an order of dismissal, on April 2, 2021, subject to the right of any party to move to reinstate the action within twenty days. (Doc. 9).

On April 21, 2021, Plaintiff filed the subject Objection to the order of dismissal. (Doc. 10). Plaintiff contended that Defendant's Notice incorrectly represented that all claims were resolved. (*Id.*). According to Plaintiff, she had reached a settlement only with named Defendant

"Chime Financial LLC." (*Id.*).[1]  Plaintiff disputed that her settlement included Defendant "Cash App Corp. or any of its subsidiaries." (*Id.*).  Defendant filed a response to Plaintiff's Objection, attaching a copy of the subject settlement agreement.  (Doc. 15).  Defendant contends to have been incorrectly identified in the Complaint as "Cash App Corporation." (*Id.*).  Defendant likewise noted in the Waiver of Service that it was "sued improperly as Cash App. Corp.," and that "[t]here is no 'Cash App Corporation.'" (Doc. 7).  Defendant stated, "Cash App is an operating unit of [Defendant] Square, Inc., and therefore Square, Inc. is the proper party in this action." (*Id.*).  The settlement agreement expressly includes and releases Defendant Square, Inc. and related parties.  (Doc. 15 at PageID.42).

The Court entered an Order on May 13, 2021 setting Plaintiff's Objection for hearing on May 26, 2021.  (Doc. 17).  Plaintiff received a copy of the Order by certified mail on May 15, 2021.  (Doc. 18).  Plaintiff did not reply to Defendant's opposition to her Objection.  Plaintiff failed to appear for the May 26 hearing as ordered.  (*See* May 26, 2021 docket Minute Entry). Plaintiff has filed no explanation or excuse for her failure to attend the hearing.

Based on Plaintiff's failure to attend the May 26, 2021 hearing as ordered, and based on the express terms of the settlement agreement, Plaintiff's Objection is hereby OVERRULED.

**DONE and ORDERED** this 3rd day of June, 2021.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE

---

1 Plaintiff has voluntarily dismissed "Chime Financial, LLC." (Doc. 11).